**Motion to Dismiss Appeal Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed October 19, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00188-CV
_____

## WORLD SOURCE SIMPLE, LLC; THEODORE RALSTON; ANIL RAMROOP; RON FORREST; AND BRIAN ALLEN, Appellants

V.

## RADIA ENTERPRISES, INC., Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37071**

## MEMORANDUM OPINION

This is an interlocutory appeal from a February 18, 2020 order denying appellants' motion to compel arbitration. The appeal has been abated to allow the parties to complete a settlement. On October 11, 2021, appellants filed an unopposed motion to dismiss the appeal on the basis that the parties have resolved their dispute,

and they have moreover agreed that each party should pay its own costs. Accordingly, the court grants the motion, reinstates the appeal, and dismisses the appeal as moot, with each party to bear its own costs. Tex. R. App. P. 42.1(a)(1) (voluntary dismissal on motion).

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.